

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-15-00318-CV

**GEMINI INSURANCE COMPANY** and
Berkley Oil & Gas Specialty Services, LLC,
Appellants

v.

**DRILLING RISK MANAGEMENT, INC.**,
Appellee

From the 216th Judicial District Court, Kendall County, Texas
Trial Court No. 12-066
Honorable Bill R. Palmer, Judge Presiding

BEFORE JUSTICE ANGELINI, JUSTICE MARTINEZ, AND JUSTICE ALVAREZ

In accordance with this court's opinion of this date, the trial court's judgment is REVERSED, and a take-nothing judgment is RENDERED against appellee Drilling Risk Management, Inc. It is ORDERED that appellants Gemini Insurance Company and Berkley Oil & Gas Specialty Services, LLC recover their costs of appeal.

SIGNED July 6, 2016.

_____
Rebeca C. Martinez, Justice